**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
UNITED STATES OF AMERICA,                 :
                                          :
                      Government,    :    15 CR. 288 (RMB)
                                          :
       - against -                       :    **ORDER**
                                          :
TROJAN HART,                              :
                                          :
                      Defendant.     :
----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, July 17, 2025 at 10:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 975 590 458#

Dated: July 1, 2025
       New York, NY

                                                 **RICHARD M. BERMAN**
                                                         U.S.D.J.