**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,    :    15 CR. 288 (RMB)
                                         :
      - against -                       :    **ORDER**
                                         :
TROJAN HART,                             :
                                         :
                Defendant.     :
------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, July 31, 2025 at 11:00 A.M.

On all parties' consent, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 975 590 458#

Dated: July 23, 2025
       New York, NY

                                          **RICHARD M. BERMAN**
                                                    U.S.D.J.