**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
UNITED STATES OF AMERICA,       :
       :
       Government,       :       15 CR. 288 (RMB)
       :
       - against -       :       **ORDER**
       :
TROJAN HART,       :
       :
       Defendant.       :
--------------------------------------------------------------x


The supervised release hearing is scheduled for Monday, September 8, 2025 at

10:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams

## Join the meeting now

Members of the public and the press can use the following dial-in information to

access the audio of the proceeding:


      Dial-in Number: (646) 453-4442
      Conference ID: 356 913 053#


Dated: September 3, 2025
      New York, NY


                           **RICHARD M. BERMAN**
                                 **U.S.D.J.**