UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                Government,           :       15 CR. 288 (RMB)
                                             :
        - against -                        :       **ORDER**
                                             :
TROJAN HART,                                 :
                                             :
                Defendant.            :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, October 20, 2025 at 9:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 272 692 401#

Dated: October 15, 2025
       New York, NY

                                          _Richard M. Berman_
                                    **RICHARD M. BERMAN**
                                            **U.S.D.J.**