**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x

UNITED STATES OF AMERICA,        :

                                            :

                      Government,    :        15 CR. 288 (RMB)

                                            :

        - against -              :        **ORDER**

                                            :

TROJAN HART,                  :

                                            :

                 Defendant.     :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, December 10, 2025 at 10:30 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### [Join the meeting now](#)

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 338 119 64#

Dated: December 3, 2025
      New York, NY

                                      *Richard M. Berman*
                                   **RICHARD M. BERMAN**
                                        **U.S.D.J.**