**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                                         :
                                        Government,           :          15 Cr. 288 (RMB)
                                                                         :
                - against -                                       :          **ORDER**
                                                                         :
                                                                         :
TROJAN HART,                                                :
                                                                         :
                                         Defendant.             :
------------------------------------------------------------------x

      The supervised release hearing scheduled for January 27, 2026 at 10:00 A.M. will take place in Courtroom 17B.

Dated: January 22, 2026
       New York, NY


                                     _____
                                        **RICHARD M. BERMAN**
                                          **U.S.D.J.**