**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

UNITED STATES OF AMERICA,                         :

                              Government,              :            15 Cr. 288 (RMB)

             - against -                       :            **<u>ORDER</u>**

TROJAN HART,                                      :

                        Defendant.              :

---------------------------------------------------------------x

       The supervised release hearing is scheduled for February 24, 2026 at 1:00 P.M. on

Microsoft Teams. The Court will send the link by email.

Dated: February 18, 2026
       New York, NY

                                            **RICHARD M. BERMAN**
                                               **U.S.D.J.**