**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,                      :

                        Government,      :      15 Cr. 288 (RMB)

        - against -                          :      **ORDER**

TROJAN HART,                                   :

                    Defendant.      :

-----------------------------------------------------------------x

     The supervised release hearing is scheduled for March 24, 2026 at 2:00 P.M. on Microsoft Teams. The Court will send the link by email.

Dated: March 18, 2026
      New York, NY

                                               **RICHARD M. BERMAN**
                                                    **U.S.D.J.**