**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                          Government,        :          15 Cr. 288 (RMB)
                                             :
            - against -                      :          **ORDER**
                                             :
                                             :
TROJAN HART,                                 :
                                             :
                          Defendant.         :
-------------------------------------------------------------x


The supervised release hearing scheduled for March 24, 2026 at 2:00 P.M. is adjourned

to April 2, 2026 at 10:00 A.M. on Microsoft Teams. The Court will send the link by email.



Dated: March 24, 2026
       New York, NY


                                                    **RICHARD M. BERMAN**
                                                    **U.S.D.J.**