**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

                Government,          15 Cr. 288 (RMB)

        - against -              **ORDER**

TROJAN HART,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     The supervised release hearing is scheduled for May 12, 2026 at 11:00 A.M. on Microsoft Teams. The Court will send the link by email.

Dated: May 8, 2026
     New York, NY

                            **RICHARD M. BERMAN**
                            **U.S.D.J.**