**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
UNITED STATES OF AMERICA,          :

                         :

              Government,      :      15 CR. 288 (RMB)

                         :

      - against -           :      **ORDER**

                         :

TROJAN HART,               :

                         :

          Defendant.      :
------------------------------------------------------------------x


        The supervised release hearing is scheduled for Wednesday, June 24, 2026 at

9:00 A.M.

        The court will send the link via email.


Dated: June 17, 2026
       New York, NY

                                  **RICHARD M. BERMAN**
                                    **U.S.D.J.**