**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
UNITED STATES OF AMERICA,           :

                              :

                Government,      :        15 CR. 288 (RMB)

                              :

       - against -          :        **ORDER**

                              :

TROJAN HART,                 :

                              :

             Defendant.      :
----------------------------------------------------------------x

       The supervised release hearing is scheduled for Wednesday, July 8, 2026 at

1:00 P.M.

       The court will send the link via email.


Dated: July 1, 2026
      New York, NY

                              **RICHARD M. BERMAN**
                                 **U.S.D.J.**