**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

UNITED STATES OF AMERICA, :

Government, : 15 Cr. 288 (RMB)

- against - : **ORDER**

TROJAN HART, :

Defendant. :

---------------------------------------------------------------x

The supervised hearing previously scheduled for July 8, 2026 at 1:00 PM has been rescheduled to July 21, 2026 at 1:00 PM on Microsoft Teams. The Court will send the link by email.

Dated: July 9, 2026
New York, NY

RMB

**RICHARD M. BERMAN**
**U.S.D.J.**