**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 11, 2026

**By ECF**
Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

MEMO ENDORSED

**Re: *United States v. Trojan Hart*, 15 Cr. 288-21 (RMB)**

Dear Judge Berman:

As discussed with the Court during the August 11, 2026 conference, defendant Trojan Hart died on August 3, 2026. Accordingly, the Government writes jointly with counsel for Mr. Hart and the U.S. Probation Office to respectfully request that the Court terminate Mr. Hart's term of supervised release.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: [signature]
Kevin Grossinger
Assistant United States Attorney
Southern District of New York

cc: Defense Counsel (by ECF)
U.S. Probation Office (by email)

Application Granted

SO ORDERED:
Date: 8/12/26 [signature]
Richard M. Berman, U.S.D.J.